## Commonwealth *v.* Western Saving Fund Society of Philadelphia, Appellant.

Argued May 23, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*George S. Munson,* of *Townsend, Elliott & Munson,* with him *Robert A. Hall* and *Snyder, Hull, Leiby & Metzger,* for appellant.

*Frank A. Sinon,* Deputy Attorney General, with him *Claude T. Reno,* Attorney General, for appellee.

OPINION BY MR. JUSTICE SCHAFFER, June 19, 1939:

This is a companion case to the preceding one, with the same question involved. For the reasons there stated, the judgment is reversed and here entered for defendant.